ALIAS: Joseph Evans ✓ 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Joseph Miller 113325
01-18-66
1100 Alabama Ave. S.E.
Wash. D.C.
20032
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

Phone: 9-202-299-5809
ASK For Evans.

FEB 24 2020

v. The Warden
S. Malagari
22880 whelan Lane
Boyd, MD
20874
*(Full name and address of respondent)*
**Defendant(s).**

Phone: 9-240-777-9978
ASK For Malagari.

**Case No.:** ELH-20-478
*(Leave blank. To be filled in by Court.)*

**COMPLAINT**

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐ NO ☒

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: __________

Defendant(s): __________

2. Court (if a federal court name the district; if a state court name the city or county):

__________

(STAFE PLEASE)



MAKE 5 COPIES

2

3. Case No.: N/A

4. Date filed:

5. Name of judge that handled the case:

6. Disposition (won, dismissed, still pending, on appeal):

7. Date of Disposition:

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒ NO ☐

1. If you answered YES:

a. What was the result? The warden S. Malagari ruled that ofc. MANZANO violated.

b. Did you appeal? There was no need to.

YES ☐ NO ☒

2. If you answered NO to either of the questions above, explain why: Once the warden rule A violation occurred. No Appeal is Necessary.

III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

To Be as Brief as possible. warden Malagari told me to use her for Defendant. In this sexual misconduct claim. During winter of 2019.

3

IV. Relief
(State briefly what you want the Court to do for you.)

IF the Court Find the DeFendant is IN violation? please award a Sub. $17.7M.

SIGNED THIS 20 day of February.

Your Honor,

Joseph Miller
Signature of Plaintiff

Joseph Miller
Printed Name

1100 Alabama Ave SE.
Wash. D.C. 20032
Address

(202) 299-5309
Telephone Number

I dont Know
Email Address

Please Allow: This * PROSE. Plaintiff-will Surely Demand the Right to a Trial by a fair Jury.

Sincerely,

10-29-19
Grievance Ruled Founded.
log no. # 19-025
MCCF-BOYD-MD.